```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 12555
   SCOTT W ABEL
   CLAUDIA M ABEL                               CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
          Debtor
   SSN XXX-XX-3667      SSN XXX-XX-1503
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/21/04 and confirmed on 01/20/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 6336.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIFTH THIRD BANK | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| AURORA EARTHMOVER CU | UNSECURED | 2395.28 | .00 | 422.75 |
| BANK ONE DELAWARE | UNSECURED | 2421.10 | .00 | 427.31 |
| BANK ONE DELAWARE | UNSECURED | 8156.64 | .00 | 1439.59 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1023.43 | .00 | 180.63 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | 2687.38 | .00 | 474.30 |
| FIRST EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 4189.06 | .00 | 739.34 |
| KOHLS | UNSECURED | 570.22 | .00 | 100.64 |
| MBNA/GATEWAY | UNSECURED | NOT FILED | .00 | .00 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| MYLER RUDDY & MCTAVISH | PRIORITY | 700.00 | .00 | 700.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 700.00 | 21443.11 | .00 | 22143.11 |
| PRINCIPAL PAID | .00 | 700.00 | 3784.56 | .00 | 4484.56 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 700.00 | 3784.56 | .00 | 4484.56 |

The Debtor's attorney, GARY L SHILTS           , was allowed $ 2200.00 and was paid $ 595.00  direct and $ 1605.00  through the plan.

The Trustee received $ 246.44 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 12555 SCOTT W ABEL & CLAUDIA M ABEL